## Commonwealth *v.* Kane, Appellant.

Before ROSENBERG, J., without a jury.

Argued March 18, 1975. *David Kanner,* with him *Kanner, Stein & Barol,* for appellant; *Isador Kranzel,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Keith, Appellant.

Before ATKINS, P. J.

Submitted March 10, 1975. *Hugh S. Rebert,* Assistant Public Defender, for appellant; *Morrison B. Williams,* Deputy District Attorney, and *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Order affirmed.